IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WALKER | : |
| | :  CIVIL ACTION |
| | : |
| and | :  NO. 02-CV-4559 |
| | : |
| YVETTE DICKENSON | : |
| | : |
| v. | : |
| WILLIAM GURLEY | : |

**REQUEST FOR JUDGMENT BY DEFAULT**

TO THE CLERK OF COURT:

    Pursuant to F.R.C.P. 55, kindly enter Default Judgment on behalf of Plaintiffs, William Walker and Yvette Dickenson and against Defendant, William Gurley.

                        Law Offices
                        JOHN CHURCHMAN SMITH, JR.

                  BY:_____
                        John C. Smith, Jr., Esquire
                        2033 Arch Street, Suite B
                        Philadelphia, PA 19103
                        (215) 564-3818
                        Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WALKER : | |
| : | CIVIL ACTION |
| : | |
| and : | NO. 02-CV-4559 |
| : | |
| YVETTE DICKENSON : | |
| : | |
| v. : | |
| WILLIAM GURLEY : | |

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR JUDGMENT BY DEFAULT**

1. The instant action was commenced by the filing of a Summons and Complaint on July 09, 2002.

2. Defendant, William Gurley, was properly served on July 19, 2002. (*See* Return of Service, attached hereto as Exhibit "A").

3. The time for Defendant to file an answer to the complaint expired on August 08, 2002.

4. That as of the date of the filing of this Request for Entry of Default Judgment, no answer (or motion to dismiss or motion for summary judgment) has been filed.

5. The Defendant, William Gurley, is not an infant; not incompetent and not in the military.

6. An Assessment of Damages Hearing is required.

Law Offices
JOHN CHURCHMAN SMITH, JR.

BY:_____
John C. Smith, Jr., Esquire
Attorney for plaintiffs

LAW OFFICES
# JOHN CHURCHMAN SMITH, JR.

ATTORNEYS AT LAW

Admitted PA & NJ

2033 ARCH STREET
SUITE B
PHILADELPHIA, PA 19103

(215) 564-3818
FAX (215) 564-4322
e-mail: jcs.jr@verizon.net

EXECUTIVE MEWS
1930 RT. 70 EAST, SUITE L-59
CHERRY HILL, NJ 08003
(856) 874-1975
FAX (856) 751-6267

117-119 NORTH OLIVE STREET
MEDIA, PA 19063
(610) 565-3900
FAX (610) 565-8615

August 15, 2002

Honorable Bruce W. Kauffman
United States District Court
Eastern District of Pennsylvania
Unites States Court House
Room 5613
601 Market Street
Philadelphia, PA 19106-1776

    RE:    Walker, et al. v. Gurley
               U.S.D.C. No. 02-CV-4559

Dear Judge Kauffman:

    I enclose Request for Default Judgment and Affidavit in Support of Request for Default Judgment, a copy of which is being filed with the Clerk of Court. An Assessment of Damages Hearing is required.

                              Respectfully submitted,

                              John C. Smith, Jr.