IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM WALKER | : | |
| | : | CIVIL ACTION |
| | : | |
| and | : | NO. 02-CV-4559 |
| | : | |
| YVETTE DICKENSON | : | |
| | : | |
| v. | : | |
| WILLIAM GURLEY | : | |

**MOTION FOR JUDGMENT BY DEFAULT**

1. The instant action was commenced by the filing of a Summons and Complaint on July 09, 2002 to recover for the injuries and damages suffered by plaintiffs arising out of a motor vehicle accident which occurred on September 22, 2000.

2. Defendant, William Gurley, was properly served on July 19, 2002. (*See* Return of Service, attached hereto as Exhibit "A").

3. Defendant's insurance carrier was made aware of the lawsuit. Under cover of letter dated July 24, 2002, a copy of the complaint was forwarded to the claims adjuster. (*See* Exhibit "B").

4. The time for Defendant to file an answer to the complaint expired on August 08, 2002.

5. A Request for Entry of Default Judgment and Affidavit in Support of Request for Default Judgment were filed with the Clerk of Court on August 15, 2002. (*See* Exhibit "A").

6. The Defendant, William Gurley, is not an infant; not incompetent and not in the military.

7. An Assessment of Damages Hearing is required.

                                              Law Offices
                                              JOHN CHURCHMAN SMITH, JR.

BY:_____
                                              John C. Smith, Jr., Esquire
                                              2033 Arch Street, Suite B
                                              Philadelphia, PA 19103
                                              (215) 564-3818
                                              Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM WALKER | : | |
| | : | CIVIL ACTION |
| | : | |
| and | : | NO.  02-CV-4559 |
| | : | |
| YVETTE DICKENSON | : | |
| | : | |
| v. | : | |
| WILLIAM GURLEY | : | |

### ORDER GRANTING MOTION FOR JUDGMENT BY DEFAULT

AND NOW, this      day of                 , 2002, upon consideration of plaintiffs' Motion for Judgment by Default, it hereby ORDERED and DECREED that the Motion is GRANTED.

An Assessment of Damages Hearing is hereby scheduled to take place at      o'clock a.m./p.m. on                 , 2002 in Courtroom _____.


                                                            BY THE COURT:


                                                            _____
_____                                                        J.