IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM WALKER, YVETTE DICKENSON | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| WILLIAM GURLEY | | |
| | : | NO. 02-4559 |

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, February 13, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date:<u>October 10, 2002</u>

Copies:  Patricia Feldman, Secretary to Judge Kauffman
Docket Clerk - Case File

   Counsel:  John C. Smith, Jr., , Esq.
   Peter P. Adubato, Esq.

ARB2.FRM