IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM WALKER and<br>YVETTE DICKENSON | : <br> : <br> : | CIVIL ACTION <br><br> NO. 02-CV-4559 |
| v. | : <br> : | |
| WILLIAM GURLEY | : <br> : | |

## ORDER

    **AND NOW**, this _____ day of March, 2003, **IT IS ORDERED** that this case is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for the purpose of conducting a settlement conference.

                                                                      **BY THE COURT:**

                                                                       **BRUCE W. KAUFFMAN, J.**