WILLIAM WALKER et al. v. WILLIAM GURLEY
02-4559

Kauffman   -   Settlement

Type of Action:   Diversity - Motor Vehicle Product Liability

LAW CLERKS


COUNSEL

**(P)**          John C. Smith, Jr., Esquire
             LAW OFFICES OF JOHN CHURCHMAN SMITH, JR.
             2033 Arch Street, Suite B
             Philadelphia   PA   19103
             TEL: 215-564-3818
             FAX: 215-564-4322



**(D)**          Peter P. Adubato, Esquire
             100-120 North 19th Street
             Suite 300
             Two Logan Square
             Philadelphia   PA 19103
             TEL: 215-557-5676   (215-557-5600)
             FAX: 215-557-5677

3/17/2003    Referral from J. Kauffman for settlement.  JPH will conduct stl cnf on Tuesday, 3/25/03 at 10:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLLIAM WALKER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM GURLEY | : | NO. 02-4559 |

### O R D E R

AND NOW, this 18th day of March, 2003, IT IS HEREBY ORDERED that a settlement conference in the above captioned matter has been scheduled before the Honorable Jacob P. Hart, on **TUESDAY, MARCH 25, 2003, at 10:00 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the court, the party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

Counsel are directed to fax confidential position papers not longer than 2 pages directly to Chambers (fax. no. 215-580-2163) not later than 2 business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD. THIS IS FOR JUDGE HART'S EYES ONLY**.

_____
DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:
    J. Smith, Esq.; P. Adubato, Esq.

Copies mailed to:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLLIAM WALKER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM GURLEY | : | NO. 02-4559 |

**O R D E R**

      AND NOW, this 24th day of March, 2003, IT IS ORDERED that the settlement conference in the above captioned matter previously scheduled to be held on Tuesday, March 25, 2003, IS HEREBY RESCHEDULED before the Honorable Jacob P. Hart, on **TUESDAY, APRIL 22, 2003, at 10:00 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

      The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the court, the party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

      Counsel are directed to fax confidential position papers <u>not longer than 2 pages</u> directly to Chambers (fax. no. 215-580-2163) not later than 2 business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD. THIS IS FOR JUDGE HART'S EYES <u>ONLY</u>**.

      DEBORAH FETTERS
      DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:                                       Copies mailed to:
     J. Smith, Esq.; P. Adubato, Esq.