IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM WALKER and**<br>**YVETTE DICKENSON** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-CV-4559 |
| v. | : | |
| | : | |
| **WILLIAM GURLEY** | : | |

### ORDER

**AND NOW,** this _____ day of April, 2003, counsel for the parties having reported that the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), **IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**